**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jeffrey Ndungi SILA, Defendant-Appellant**

**No. 17-10957**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed September 18, 2017

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Ezekiel Tyson, Jr., Attorney, Tyson Law Firm, P.L.L.C., Dallas, TX, for Defendant-Appellant

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellant's motion for bail pending trial is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.